HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES LEE JORDAN,<br><br>    Defendant. | Case No. CR03-5674RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Jordan's Motions for Return of Property [Dkt. #'s 52 and 53] and upon the Government's Motion to Permit Disposal of Property [Dkt. #56].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Court will re-note the above motions for August 17, 2007.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 12th day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE