HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JAMES LEE JORDAN,<br><br>             Defendant. | Case No. CR03-5674RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Jordan's Letters/Motions for Return of Property [Dkt. #'s 52, 53] and upon the Government's Motion to Permit Disposal of Property [Dkt. #56].

Having considered the entirety of the records and file herein, and having considered that defendant's counsel, Paula Olson, Esq., has now retrieved Jordan's property from the Pierce County Sheriff's Department, [see Dkt. #60], it is hereby

**ORDERED** that the government's motion is **DENIED** and defendant's motions are **DISMISSED AS MOOT**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1